IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__Macon__ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

ISSAC KING Jr.

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

SouTHERN HEALTH PARNERS Inc., a Corporation

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:

5:14-CV-355

RECEIVED CLERK'S OFFICE 2014 OCT -7 AM 9:11 U.S. MIDDLE DISTRICT OF GEORGIA MACON, GEORGIA

I. GENERAL INFORMATION

1. Your full name and prison number  ISSAC KING JR.  5191
2. Name and location of prison where you are now confined  Houston County Detention Center
3. Sentence you are now serving (how long?)  N-A
   (a) What were you convicted of?  N-A
   N-A
   (b) Name and location of court which imposed sentence  N-A
   (c) When was sentence imposed?  N-A
   (d) Did you appeal your sentence and/or conviction?  Yes ☐  No ☐  N/A
   (e) What was the result of your appeal?  N/A

(f) Approximate date your sentence will be completed _____ NA _____

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

   Yes [ ]   No [X]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s): _____

   Defendant(s): _____

   (b) Name of Court: United States District Court Macon

   (c) Docket Number: No 5-14-58 MTT  When did you file this lawsuit? 4/22/2014

   (d) Name of judge assigned to case: Stephen Hyles

   (e) Is this case still pending?   Yes [ ]   No [X]

   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   Aprill 21 2014 Dismissed

   Same

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [X]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): Issac King

   Defendant(s): Cullen Tatton William Rape Alan Everidge At/ox Lumpkin

   (b) Name of Court: macon

   (c) Docket Number: 5:14c-v58MH  When did you file this lawsuit? 4/03/2014

   (d) Name of judge assigned to case: Stephen Hyles

   (e) Is this case still pending?   Yes [ ]   No [X]

(f)   If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

April 21, 2014

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☒   No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

Macon united States District Court          5:14 cv 58 LMTT

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Houston County Detention Center 203 N. Perry Parkway Perry GA 31069

   (a) Does this institution have a grievance procedure?   Yes ☒   No ☐

   (b) If your answer to question 9(a) is "Yes", answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   Yes ☒   No ☐

   (2) If Yes, what was the result? They Premise to Look in to the matter But nothing Done.

   (3) If No, explain why not:

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.
I broach this to the maj and to the sheriff 10/2/14

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?     Yes ☒   No ☐
(1) If Yes, to whom did you appeal and what was the result? that They whould look in to the matter

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.
Sumetary County 2009 - 2011

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
Houston County Detention Facility
203 N. Perry PARKWAY
Perry, GA. 31069

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)
Command Nurse Ms. Vicki
Houston County Detention Facility
203 N. Perry Parkway
Perry, GA. 31069

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Houston County Detention Facility

WHEN do you allege this incident took place? On September

WHAT happened? On September 03/14 and 06/04/14 9/30/14 medical denied me the Right to obtain necessary medical treatment concerning A Injury that happen why I'm in Confined here. Injury my Back and Ribs leaving me in Serious Pain without Any thing of medication to help with my Pain. I had to Suffer everyday in Serious Pain, Suffer From Back and Ribs Injury without medical treatment
Nurse. Vicki Southern Health Partners For Not Provide me medical care my Eighth and Fourteeth Amendments Cruel and Unusual Punishment and pain and Suffer Violated

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

The Record Speak For It Self My Medical Record here At the Detention Facility

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

For Cruel and unusual Punishment

For Pain and Suffer wherefore I demands judgment of the defendant Southern Health Partners Inc. Corporation in an amount in excess of the sum of $75,000
A Jury Trial is Demanded

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 10 day of 3 , 20 14 .

Issac Knight
PLAINTIFF